239 So.2d 356

Lester L. SUMMERELL

v.

James W. PHILLIPS.

No. 50781.

Sept. 30, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

239 So.2d 356

LOUISIANA MATERIALS CO., Inc.

v.

Alwynn J. CRONVICH, Sheriff of the Parish of Jefferson et al.

No. 50790.

Sept. 30, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.